**[J-93-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: SUBSTITUTE NOMINATION CERTIFICATE OF CHRIS ROSS AS REPUBLICAN CANDIDATE FOR THE PENNSYLVANIA HOUSE OF REPRESENTATIVES IN THE 158TH LEGISLATIVE DISTRICT | : No. 119 MAP 2014<br>:<br>: Appeal from the order of the<br>: Commonwealth Court at No. 516 MD 2014<br>: dated October 3, 2014<br>:<br>: SUBMITTED:   October 8, 2014 |
| SUSAN RZUCIDLO, RICHARD HICKS, DIANE CLAYTON, MARY LYNNE MASSI, JUDY PORTA, AND DAVID UNGER,<br><br>                    Objectors | : |
| CAROL AICHELE, IN HER OFFICIAL CAPACITY; THE PENNSYLVANIA DEPARTMENT OF STATE; JAMES L. FORSYTHE, IN HIS OFFICIAL CAPACITY; AND CHESTER COUNTY VOTER SERVICES REPUBLICAN COMMITTEE OF CHESTER COUNTY,<br><br>                    Intervenor | : |
| APPEAL OF:   SUSAN RZUCIDLO, RICHARD HICKS, DIANE CLAYTON, MARY LYNNE MASSI, JUDY PORTA, AND DAVID UNGER,<br><br>                    Objectors | : |

## ORDER

**PER CURIAM**                                        **DECIDED:   October 16, 2014**

**AND NOW,** this 16th day of October 2014, the Order of the Commonwealth Court is **AFFIRMED.**